# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

JOANNA D. LIPSCOMB, )
)
        Plaintiff, )
)
-vs- )   Case No. CIV-10-1034-F
)
MICHAEL J. ASTRUE, )
COMMISSIONER OF THE SOCIAL )
SECURITY ADMINISTRATION, )
)
        Defendant. )

## ORDER

On October 11, 2011, United States Magistrate Judge Valerie Couch issued a Report and Recommendation, wherein she recommended that the Commissioner's decision denying plaintiff's application for supplemental security income benefits be affirmed. In so recommending, Magistrate Judge Couch concluded that plaintiff had waived any decisional errors in the administrative process. Magistrate Judge Couch specifically found that plaintiff's claims are wholly conclusory, and that the presentation of those claims consists primarily of a list of common legal phrases relating to judicial review of administrative disability decisions without any framework or development of claims.

Plaintiff has timely objected to the Report and Recommendation. In accordance with 28 U.S.C. § 636(b)(1), the court has conducted a *de novo* review of the matter. Having done so, the court concurs with the analysis of Magistrate Judge Couch. The court concludes that plaintiff has waived review of any decision errors by the Commissioner. Therefore, the court accepts, adopts and affirms the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation issued by United States Magistrate Judge Valerie Couch on October 11, 2011 (doc. no. 19) is **ACCEPTED**, **ADOPTED** and **AFFIRMED**. The decision of defendant, Michael J. Astrue, denying plaintiff, Joanna D. Lipscomb's application for supplemental security income benefits is **AFFIRMED**. Judgment shall issue forthwith.

DATED November 16, 2011.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

10-1034p002.wpd